UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00089-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS ANTONIO OSORIO-CEVALLOS | ) | |

This case comes before the Court on the motion by the government, without the defendant's objection, to amend the caption of this matter.

Having duly considered the motion, for good cause shown, the Court hereby GRANTS the motion. The Clerk is DIRECTED to amend the caption in this matter to reflect the defendant's name as Luis Antonio Osorio-Ceballos.

SO ORDERED, this the  30  day of October, 2017.

W. EARL BRITT
Senior United States District Judge