IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-89-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| LUIS ANTONIO OSORIO-CEBALLOS | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on October 30, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violations of 18 U.S.C. §§ 922(g)(5)(A) and 924, to wit, a Taurus, Model: PT92AFS, Caliber: 9mm, Serial Number: TYG05650; Colt, Model M4, Caliber: .22, Serial Number: BP005339; Marlin, Model: The Original Goose Gun 3", 12 Gauge, Serial number: 18696053; Mossberg, Model 500A, 12 Gauge, Serial Number: R045074; TriStar, Model: Raptor, 12 Gauge, Serial Number: KRA037567; Marlin, Model: 25MN Micro-Groove Barrel, .22, Serial Number: 03398607; Marlin; Model: 60 Micro-Groove Barrel .22, Serial Number: 06226105; Hi-Point, Model: JHP 45, Serial Number: X497135; and any and all related ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant LUIS ANTONIO OSORIO-CEBALLOS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 31 day of January, 2018.

_____
W. EARL BRITT
Senior United States District Judge

2